## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, AS PARENT AND NATURAL GUARDIAN OF JOHN DOE, A MINOR,<br>    *Plaintiff*,<br><br>v.<br><br>INDIAN MOUNTAIN SCHOOL, AMY TEDDER AND JODY SOJA,<br>    *Defendants*. | No. 3:24-cv-1402 (VAB) |

    Upon the *Ex Parte* Motion of Plaintiff to Proceed By Fictitious Name, the Memorandum of Law In Support of Plaintiff's *Ex Parte* Motion to Proceed By Fictitious Name and the Declaration of Jane Doe, dated August 29, 2024, it is hereby

    **ORDERED**, that Plaintiff's *Ex Parte* Motion to Proceed By Fictitious Name is **GRANTED**, and it is

    **FURTHER ORDERED**, that Plaintiff and her minor son, "John Doe," "Student A," "Teacher 1" and "Teacher 2" shall be identified by pseudonym in all pre-trial proceedings and public filings, including the Summons, Complaint and Civil Cover Sheet that have already been filed in this action, and it is

    **FURTHER ORDERED**, that the names of Plaintiff, John Doe, John Doe's family members and any individuals through whom John Doe can be identified shall be redacted from all public filings in this action; and it is

    **FURTHER ORDERED**, pseudonyms shall be used for Plaintiff, "John Doe," "Student A," "Teacher 1" and "Teacher 2," at any public hearings in this action, except during trial, which is a matter that will be determined at a later date; and it is

**FURTHER ORDERED**, that Plaintiff is permitted to make an application for pseudonym protection during trial, at a later date, should the need arise.

**SO ORDERED** at New Haven, Connecticut, this 9th day of September, 2024.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE